Hope Anne Case (State Bar No. 157089)
hcase@rutan.com
RUTAN & TUCKER, LLP
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, CA 94306
Telephone:   650-320-1500
Facsimile:   650-320-9905

Steven J. Goon (State Bar No. 171933)
sgoon@rutan.com
K. Bartlett Jordan (State Bar No. 329893)
bjordan@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:   714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendants
SUPER MICRO COMPUTER, INC. and
CHARLES LIANG
[*Additional counsel on next page.*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB K. LUONG, an individual, | Case No. 5:24-cv-02440-NW |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO THE HON. NOËL WISE, COURTROOM 3 |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| SUPER MICRO COMPUTER, INC., a Delaware Corporation, and CHARLES LIANG, an individual, | Complaint Filed:   April 24, 2024<br>1AC Filed:   May 6, 2024<br>2AC Filed:   December 16, 2024<br>Discovery Cutoff:   April 6, 2026<br>Trial Date:   September 21, 2026 |
| Defendants. | |

Lisa Bugni (State Bar No. 323962)
lbugni@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:   415-318-1200
Facsimile:   415-318-1300

Craig Carpenito (Pro hac vice)
ccarpenito@rutan.com
KING & SPALDING LLP
1290 Avenue of the Americas, 14th floor
New York, NY 10104
Telephone:   212-556-2100
Facsimile:   212-556-2222

Attorneys for Defendant
SUPER MICRO COMPUTER, INC.

Tanya Gomerman (State Bar No. 271824)
Maria Bourn (State Bar No. 269322)
Ally Girouard (State Bar No. 336625)
GOMERMAN, BOURN & ASSOCIATES
825 Van Ness Avenue, Suite 502
San Francisco, CA 94109
Telephone:       (415) 545-8608
Fax:             (855) 545-8608
Email:           tanya@gobolaw.com
                 maria@gobolaw.com
                 ally@gobolaw.com

Attorneys for Plaintiff BOB K. LUONG

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Super Micro Computer, Inc. and Charles Liang, and Plaintiff Bob K. Luong hereby stipulate to the dismissal of this action, with prejudice.  No other parties have appeared in this action.

**IT IS SO STIPULATED**.

Dated:  March 3, 2026                    RUTAN & TUCKER, LLP


By: _____*/s/ Hope Anne Case*_____
Hope Anne Case
Attorneys for Defendants
SUPER MICRO COMPUTER, INC. and
CHARLES LIANG

Dated:  March 3, 2026                    KING & SPALDING LLP


By: _____*/s/ Lisa Bugni*_____
Lisa Bugni
Attorneys for Defendant
SUPER MICRO COMPUTER, INC.


Dated:  March 3, 2026                    GOMERMAN, BOURN & ASSOCIATES


By: _____*/s/ Ally Girouard*_____
Ally Girouard
Tanya Gomerman
Maria Bourn
Attorneys for Plaintiff
BOB LUONG

Rutan & Tucker, LLP
attorneys at law

3

J. STIP. OF DISMISSAL WITH PREJUDICE
5:24-CV-02440-NW

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all of the other signatories listed concur in the filing's content and have authorized this filing.

Dated:  March 3, 2026                              RUTAN & TUCKER, LLP


By:      */s/ Hope Anne Case*
               Hope Anne Case
               Attorneys for Defendants
               SUPER MICRO COMPUTER, INC. and
               CHARLES LIANG